Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

JUN - 8 2017

DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jeffrey J. Hester-Jackson, a/k/a "Jess", a/k/a "Jazzy" | ) | Case No.   1:17-cr-133-1 |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Jeffrey J. Hester-Jackson, a/k/a "Jess", a/k/a "Jazzy" _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone; Forfeiture Allegation
Distribution of Oxycodone; Aiding and Abetting; Forfeiture Allegation
Possession of Oxycodone with Intent to Distribute; Aiding and Abetting; Forfeiture Allegation

Date:   06/08/2017

*/s/ Christy Davis*
*Issuing officer's signature*

City and state:   Bismarck, ND

Christy Davis, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6|8|17 , and the person was arrested on *(date)* 3|9|18 at *(city and state)* Detroit, MI . |
| Date:   3|15|18 |
| *(signature)* Laura Boll FOR ICE *Arresting officer's signature* |
| Laura M Boll DUSM *Printed name and title* |